PROB 12C
(6/16)

Report Date: April 8, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriela Aragon Barraza          Case Number: 0980 4:16CR06010-MKD-1

Address of Offender: ███████████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 28, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 92 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew Stone | Date Supervision Commenced: August 24, 2021 |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: August 23, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On September 2, 2021, the offender signed her Judgement in a Criminal Case stating she understood each of her conditions of supervised release imposed by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

      1            **Special Condition # 20**: The defendant must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

            **Supporting Evidence**: The offender is considered to be in violation of her conditions of supervised release by failing to report for chemical dependancy treatment on March 16, 17, 31, 2002; and April 4 and 5, 2022.

            On January 5, 2022, the offender completed a substance abuse assessment at Merit Resource Services (Merit). This assessment recommended intensive inpatient treatment. Due to ongoing issues with the COVID-19 pandemic, she was required to get a negative COVID test before a bed date could be secured. The offender secured a bed date with The Center for

Alcohol and Drug Addiction in Wenatchee, Washington, and began treatment on February 2, 2022. The offender completed her inpatient treatment on March 2, 2022, and began an intensive outpatient treatment (IOP) with Merit in Kennewick.

The offender was scheduled to attend her IOP sessions every Tuesday, Wednesday and Thursday for 3 hours each session. The offender was participating via Zoom. On the dates noted above, the offender failed to report for her scheduled sessions with Merit. The offender was last scheduled to meet with her counselor at Merit in Pasco, Washington, for a "one on one" session on April 5, 2022. She failed to report for the session and Merit has sent the offender a letter advising she must contact them no later than April 11, 2022, or she will be terminated from services.

2   **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of her conditions of supervised release by failing to report for random drug testing on March 16, 21, and 28, 2022.

On December 1, 2021, the offender was directed to call Merit, Monday through Friday, and report for random drug testing when the color Brown was noted.

On March 16, 2022, the color Brown was called and the offender failed to report as directed.

On March 20, 2022, the offender was directed to report to the probation office on March 21, 2022, at 9 a.m. to provide a sample for testing. The offender failed to report as directed.

On March 23, 2022, the offender was advised her color with Merit was changing to White. On March 28, 2022, the offender failed to report when the color White was noted.

3   **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of her conditions of supervised release by using controlled substances, marijuana and methamphetamine, on or prior to March 17, 2022.

On March 17, 2022, the offender reported to the probation office in Richland, Washington, to provide a random drug test. The offender initially refused to provide a urine sample for testing. U.S. Probation Officer Elizabeth Lee advised the offender of her options in relation to refusing to provide a sample. The offender admitted to using marijuana and methamphetamine. The offender signed two Admission Reports, one in relation to the marijuana use and the other in relation to the methamphetamine use.

Prob12C
**Re: Barraza, Gabriela Aragon**
**April 8, 2022**
Page 3

| | | |
|---|---|---|
| 4 | | **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is considered to be in violation of her conditions of supervised release by using a controlled substance, methamphetamine, on or prior to March 25, 2022.

On March 25, 2022, the offender's color was noted on the Merit color line. The offender reported and supplied a sample for testing. The sample returned presumptive positive for the presence of methamphetamine and was forwarded to Abbott for confirmation. On April 7, 2022, the sample was confirmed positive for the presence of methamphetamine.

5    **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of her conditions of supervised release by using controlled substances, methamphetamine and cocaine, on or prior to April 4, 2022.

On April 4, 2022, the offender reported to the probation office in Richland, Washington, and provided a urine sample for testing. The sample returned presumptive positive for the presence of methamphetamine and cocaine. The sample was forwarded to Abbott for confirmation. To date, the confirmation is pending.

6    **Standard Condition # 12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about the defendant's living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: The offender is considered to be in violation of her conditions of supervised release by failing to advise of a current address on or prior to April 6, 2022.

On April 4, 2022, this officer met with the offender at the probation office in Richland, Washington. She advised she was living between her vehicle, a friend's home, and a relative's residence in Pasco, Washington. The offender was scheduled to meet with a local Oxford House on April 6, 2022, in regards to obtaining a room to reside in. The offender was directed to contact this officer on April 6, 2022, and advise what the outcome of the appointment was and where she would be living. The offender failed to contact this officer to advise if she had obtained a room at the Oxford House.

    Between April 4 and 6, 2022, the offender failed to meet with all treatment providers, contact this officer, and report for a scheduled Sobriety Treatment and Education Program (STEP) court meeting. An attempt was made to contact the offender by telephone, but the telephone was turned off. The offender's current whereabouts are unknown.

7    **Standard Condition #9:** After initially reporting to the probation office, the defendant will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

    **Supporting Evidence**: The offender is considered to be in violations of her condition of supervised release by failing to report to STEP court as instructed on April 7, 2022.

    On March 17, 2022, the offender voluntarily requested to enter STEP in Richland, and was accepted into the program. The offender met with the STEP team and was directed to report next on April 7, 2022. The offender was reminded on April 4, 2022, of her obligation to report to the STEP meeting at 10 a.m., on April 7, 2022. The offender failed to report as directed.

8    **Special Condition # 19**: The defendant shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

    **Supporting Evidence**: The offender is considered to be in violation of her conditions of supervised release by failing to report for mental health treatment on April 7, 2022.

    On March 7, 2022, the offender was approved to meet with Riverview Counseling and Consulting (Riverview) to address any mental health needs. The offender had been reporting for services up until April 7, 2022, when she failed to report as scheduled. As noted above, the offender has made herself unavailable for chemical dependency treatment, supervision and STEP court as directed. The offender was last scheduled to report on April 7, 2022, to Riverview and she made herself unavailable.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 8, 2022

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Barraza, Gabriela Aragon**
**April 8, 2022**
**Page 5**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

4/8/2022

Date