PROB 12C
(6/16)

Report Date: February 13, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriela Aragon Barraza    Case Number: 0980 4:16CR06010-EFS-1

Address of Offender: ███████████████, Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 28, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | | |
| Original Sentence: | Prison - 92 months; TSR - 36 | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 24, 2021 |
| Defense Attorney: | Brooke Diane Hagara | Date Supervision Expires: | Tolling |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/8/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

9    **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: Gabriela Barraza is considered to be in violation of her term of supervised release by committing a new law violation of possession with intent to distribute 5 grams or more of actual (pure) methamphetamine, on or about May 4, 2022.

On August 2, 2022, an indictment, case 4:22CR06039-EFS-1, was filed in the U.S. District Court in the Eastern District of Washington, charging Gabriela Aragon Barraza with count 1: Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (B)(1)(B); count 2: Possession with Intent to Distribute 40 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (B)(1)(B); and count 3: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

On May 3, 2023, as part of a plea agreement, Ms Barraza pled guilty to count 1, and the remaining counts were dismissed. Per her presentence investigation report for this case, Ms. Barraza possessed 48.949 grams of actual methamphetamine. She is scheduled for sentencing on this matter on March 12, 2024.

Prob12C
**Re: Barraza, Gabriela Aragon**
February 13, 2024
Page 2

| | |
|---|---|
| 10 | **Standard Condition # 3**: The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: Gabriela Barraza is considered to be in violation of her term of supervised release by having access to a firearm on or about May 4, 2022.

According to the indictment for case 4:22CR06039-EFS-1, Ms. Barraza was charged with count 3: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). This count was dismissed as part of the plea agreement; however, investigative information reflects in the bedroom identified as belonging to Ms. Barraza, dominion for her was located in the room next to drug paraphernalia, around 1,000 blue fentanyl pills, several ounce-sized bags with methamphetamine, and small bags of cocaine. In the closet was a bag that contained a Ruger .45 automatic pistol, a Ruger Single Action .22 caliber revolver, and various forms of ammunition. On the top shelf, above some women's clothes, was a Webley Mark IV .38 revolver.

On May 5, 2022, Ms. Barraza was contacted by law enforcement at the Franklin County Corrections Center. During the interview, Ms. Barraza claimed ownership and identified her bedroom as having three handguns, a small amount of cocaine, some methamphetamine, and a bag of several hundred fentanyl pills.

| | |
|---|---|
| 11 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within15 days or release from imprisonment and at least two periodic drug test thereafter, as determined by the court. |

**Supporting Evidence**: Gabriela Barraza is considered to be in violation of her term of supervised release by unlawfully possessing controlled substances on or about May 4, 2022.

According to the indictment for case 4:22CR06039-EFS-1, Ms. Barraza was charged with count 2: Possession with Intent to Distribute 40 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (B)(1)(B).

As noted in violation 10, during the investigation around 1,000 fentanyl pills, baggies of cocaine, and baggies of methamphetamine were located in a bedroom belonging to Ms. Barraza. During an interview on May 5, 2022, the defendant claimed ownership of the firearms and the controlled substances that were found in her bedroom.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 13, 2024

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C
Re: Barraza, Gabriela Aragon
February 13, 2024
Page 3

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

February 14, 2024
Date